# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    ALYSSA MACK                    CASE NO. 16-10455

DEBTOR

## Certificate of Service

The undersigned hereby certifies that on this date, a copy of the aforementioned Response was serviced on the parties referenced herein below via electronic noticing and/or United States Postal Service, postage pre-paid, and as follows:

Alyssa Mack
1567 Yeakel Way
Lansdale, PA 19446

William C. Miller
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

Office of the US Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Joshua I. Goldman
KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532

Serviced, this 7th day of September, 2016

/s/ Mark A. Berenato

Mark A. Berenato
Attorney for Debtor