UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Alyssa Mack
　　　　Bankruptcy No. 16-10455MDC
　　　　Adversary No.
　　　　Chapter　　　13

　　　　　　　　　　　　　　　　　　　　　　　Date:　January 3, 2017

To:　　　　Thomas Puleo, Esq.

## NOTICE OF INACCURATE FILING

Re:  Notice of Appearance & Request for Notice (docket #55)

The above pleading was filed in this office on **12/29/16**. Please be advised that the following document(s) filed contains a deficiency as set forth below:

　　　　()　　　Debtor's name does not match case number listed
　　　　()　　　Debtor's name and/or case number (is) are missing
　　　　()　　　Wrong PDF document attached
　　　　()　　　PDF document  not legible
　　　　()　　　Notice of Motion/Objection
　　　　()　　　Electronic Signature missing
　　　　**(x)**　　Other/creditor name does not appear on PDF document

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice. All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov**  . Otherwise, the matter will be referred to the Court.

　　　　　　　　　　　　　　　　　　　　　　　Timothy B. McGrath
　　　　　　　　　　　　　　　　　　　　　　　Clerk


　　　　　　　　　　　　　　　　　　　　　　　By:  **Randi Janoff**
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

CM-ECF 14 day notice.frm
4/30/04