**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Alyssa Mack, | : | |
| Debtor. | : | Bankruptcy No.  16-10455-MDC |

# O R D E R

**AND NOW**, it having been reported to this Court that Movant MidFirst Bank's Motion for Relief from Stay ("Motion") has been settled by the parties.

**AND**, Notice having been given to the parties that any necessary Stipulation must be filed within thirty (30) days of the date of the report of settlement, or this Motion would be dismissed.

**AND**, the parties having taken no action or filed any documents by such date.

It is hereby **ORDERED** that the Motion is hereby **DISMISSED**.

Dated:  March 2, 2017

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Mark A. Berenato, Esquire
Mark A. Berenato, Attorney at Law
P.O. Box 167
Mendenhall, PA 19357

Joshua I. Goldman, Esquire
Thomas Puelo, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

William C. Miller, Esquire
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107