United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 16-10455-mdc
Alyssa Mack                                                         Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2        User: Randi              Page 1 of 1          Date Rcvd: Mar 02, 2017
                            Form ID: pdf900          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2017.
```
db             +Alyssa Mack,    1567 Yeakel Way,    Lansdale, PA 19446-4814
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 2, 2017 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    MidFirst Bank agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MARK A. BERENATO    on behalf of Debtor Alyssa  Mack mark@berenatolawfirm.com
              THOMAS I. PULEO    on behalf of Creditor    MidFirst Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 6
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Alyssa Mack, | : | |
| Debtor. | : | Bankruptcy No. 16-10455-MDC |

# O R D E R

**AND NOW**, it having been reported to this Court that Movant MidFirst Bank's Motion for Relief from Stay ("Motion") has been settled by the parties.

**AND**, Notice having been given to the parties that any necessary Stipulation must be filed within thirty (30) days of the date of the report of settlement, or this Motion would be dismissed.

**AND**, the parties having taken no action or filed any documents by such date.

It is hereby **ORDERED** that the Motion is hereby **DISMISSED**.

Dated: March 2, 2017

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Mark A. Berenato, Esquire
Mark A. Berenato, Attorney at Law
P.O. Box 167
Mendenhall, PA 19357

Joshua I. Goldman, Esquire
Thomas Puelo, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

William C. Miller, Esquire
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107