IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Alyssa Mack,

Debtor.

Chapter 13

Case No.   16-10455-mdc

Notice of Hearing on Application for Compensation and Reimbursement of Expenses

TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Mark A. Berenato, counsel for the Debtor (the "Applicant"), has filed an Application for Compensation and Reimbursement of Expenses.   The matter is set for hearing on May 17, 2017 in Courtroom #2, 900 Market Street, Philadelphia, PA   19107 at 12 noon.   Any response to the application must be filed with the Clerk of Bankruptcy Court and served upon counsel for the Debtor prior to the hearing.   Failure to timely file and serve a response to the application may be deemed by the Court to be consent to the application.   Any party in interest who has not received a copy of the application and desires to receive a copy of the application should contact Debtor's counsel below.

Mark A. Berenato
Attorney at Law
P.O. Box 167
Mendenhall, PA    19357
(610) 836-1874 (mobile)
mark@berenatolawfirm.com (email)