IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                            Chapter 13

Alyssa Mack,                                      Case No.   16-10455-mdc

          Debtor.

CERTIFICATE OF SERVICE

On behalf of the Debtor, I hereby certify that the foregoing Application for Compensation and Reimbursement of Expenses has been served upon the following parties in interest by regular mail and/or electronic delivery on April 20, 2017.

*/s/ Mark A. Berenato*
Mark A. Berenato
Attorney at Law
P.O. Box 167
Mendenhall, PA   19357
(610) 836-1874 (mobile)
mark@berenatolawfirm.com (email)

cc:

William C. Miller, Trustee
1234 Market Street, Suite 1813
Philadelphia, PA   19107

Mark A. Berenato
Attorney at Law
P.O. Box 167
Mendenhall, PA   19357

Midland Funding
2365 Northside Drive, Suite 300
San Diego, CA   92100

Alyssa Mack
1567 Yeakel Way
Lansdale, PA   19446

Office of the US Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA   19107

Midland Mortgage Company
P.O. Box 26648
Oklahoma City, OK   73216

Joshua I. Goldman
KML Law Group
701 Market Street, Suite 5000
Philadelphia, PA   19106