IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Alyssa Mack,

        Debtor.

Chapter 13

Case No.  16-10455-mdc

CERTIFICATE OF NOTICE AND CERTIFICATE OF NO RESPONSE

    Mark A. Berenato, counsel for Debtor, hereby states, pursuant to Local Rule of Bankruptcy Procedure 2016-1(c), as follows:

    1.  On April 20, 2017 Mark A. Berenato filed an Application for Compensation and Reimbursement of Expenses, and served all interested parties as set forth in the copy of the Certificate of Service attached hereto as Exhibit A.

    2.  No response to the Application has been filed or received.

    WHEREFORE, Mark A. Berenato respectfully requests that this Court enter the order granting the Application attached hereto as Exhibit B.

Mark A. Berenato
Attorney at Law
P.O. Box 167
Mendenhall, PA   19357
(610) 836-1874 (mobile)
mark@berenatolawfirm.com (email)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              Chapter 13

Alyssa Mack                                         Case No.   16-10455-mdc

        Debtor.

Application for Compensation and Reimbursement of Expenses

Mark A. Berenato, Attorney at Law ("Applicant") applies under section 330 of the Bankruptcy Code for an award of compensation and reimbursement of actual, necessary expenses and represents:

1. Applicant is counsel for the debtor.

2. The debtor filed a petition under chapter 13 of the Bankruptcy Code on January 25, 2016.

3. The debtor's annualized current monthly income as set forth on Form B22C is:

    ____ above median (the amount on line 15 is not less than the amount on line 16)

    __X__ below median (the amount on line 15 is less than the amount on line 16).

4. All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the debtor, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable.

5. Applicant requests an award of compensation of $3,000.00 for services rendered as follows: on the initial consultation with the client and in providing before confirmation (i) the customary services of counseling and representing the chapter 13 debtor in connection with the analysis of the financial situation; preparation, review, and filing with the court of all required documents; correspondence, telephone conversations and miscellaneous contact with creditors, the trustee, attorneys and other parties in interest; preparation for and attendance at 341(a) meeting, and (ii) in representing the debtor in connection with:

    __X__ cure of a residential mortgage default or other treatment of residential real property claims

    ____ ownership and claims relating to other real property

    ____ motor vehicle loans or leases

    ____ local, state or federal tax claims

    ____ domestic support obligations

    ____ student loans

    ____ an operating business

    ____ 20 or more creditors listed in Schedule F

\_\_\_\_\_ automatic stay litigation

\_\_\_\_\_ other litigation

6. Applicant requests that compensation be awarded at the following hourly rates: N/A

7. Applicant requests reimbursement of expenses in the amount of $0.00 for the following expenses: N/A

8. The debtor paid Applicant $1,000.00 prior to the filing of the petition and Applicant is owed a balance of $2,000.00.

9. A copy of the Applicant's disclosure of compensation pursuant to Fed. R. Bankr. P. 2016(b) is attached hereto as Exhibit "A."

10. None of the compensation paid to Applicant will be shared with any person other than a member or regular associate of Applicant's law firm unless 11 U.S.C. sec. 504(c) applies.

Wherefore, Applicant requests an award of $3,000.00 in compensation and $0.00 in reimbursement of actual, necessary expenses.

Dated: April 19, 2017

_/s/ Mark A. Berenato_
Mark A. Berenato
Attorney for Debtor
P.O. Box 167
Mendenhall, PA  19357
(610) 836-1874 (mobile)
mark@berenatolawfirm.com (email)

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **Alyssa Mack**

Debtor(s)

Case No.

Chapter  **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 3,500.00 |
   | Prior to the filing of this statement I have received | $ 1,000.00 |
   | Balance Due | $ 2,500.00 |

2. The source of the compensation paid to me was:

   ✓ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ✓ Debtor    ☐ Other (specify):

4. ✓ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**January 25, 2016**
*Date*

**/s/ Mark Berenato**
Mark Berenato 40696
*Signature of Attorney*
PO Box 167
Mendenhall, PA 19357

610-836-1874
*Name of law firm*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  
Alyssa Mack,

Debtor.

Chapter 13

Case No.  16-10455-mdc

CERTIFICATE OF SERVICE

On behalf of the Debtor, I hereby certify that the foregoing Application for Compensation and Reimbursement of Expenses has been served upon the following parties in interest by regular mail and/or electronic delivery on April 20, 2017.

Mark A. Berenato  
Attorney at Law  
P.O. Box 167  
Mendenhall, PA   19357  
(610) 836-1874 (mobile)  
mark@berenatolawfirm.com (email)

cc:

William C. Miller, Trustee  
1234 Market Street, Suite 1813  
Philadelphia, PA   19107

Mark A. Berenato  
Attorney at Law  
P.O. Box 167  
Mendenhall, PA   19357

Midland Funding  
2365 Northside Drive, Suite 300  
San Diego, CA   92100

Alyssa Mack  
1567 Yeakel Way  
Lansdale, PA   19446

Office of the US Trustee  
833 Chestnut Street, Suite 500  
Philadelphia, PA   19107

Midland Mortgage Company  
P.O. Box 26648  
Oklahoma City, OK   73216

Joshua I. Goldman  
KML Law Group  
701 Market Street, Suite 5000  
Philadelphia, PA   19106

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          Chapter 13

Alyssa Mack,                                    Case No.  16-10455-mdc

    Debtor.

ORDER

This case comes before the Court on the Application for Compensation and Reimbursement of Expenses by Attorney for Debtor in Chapter 13 Case. Appearances, if any, were noted on the record. Based on the application and the file, record and proceedings herein,

IT IS ORDERED:

1. Applicant is awarded $2,000.00, the unpaid balance stated in paragraph 8 of the application, for compensation and/or reimbursement.

Magdeline D. Coleman
United States Bankruptcy Judge