United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-10455-mdc
Alyssa Mack                                                             Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi         Page 1 of 1       Date Rcvd: May 19, 2017
                       Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 21, 2017.
db             +Alyssa Mack,    1567 Yeakel Way,    Lansdale, PA 19446-4814

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 19, 2017 at the address(es) listed below:
      ANDREW F GORNALL    on behalf of Creditor    MidFirst Bank agornall@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      MARK A. BERENATO    on behalf of Debtor Alyssa  Mack mark@berenatolawfirm.com
      THOMAS I. PULEO    on behalf of Creditor    MidFirst Bank tpuleo@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                          TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                          Chapter 13

Alyssa Mack,                                                    Case No.   16-10455-mdc

        Debtor.

ORDER

This case comes before the Court on the Application for Compensation and Reimbursement of Expenses by Attorney for Debtor in Chapter 13 Case.   Appearances, if any, were noted on the record. Based on the application and the file, record and proceedings herein,

IT IS ORDERED:

1.  Applicant is awarded $2,000.00, the unpaid balance stated in paragraph 8 of the application, for compensation and/or reimbursement.

May 19, 2017

_____
Magdeline D. Coleman
United States Bankruptcy Judge