*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Alyssa Mack
    Debtor(s)

Case No: 16–10455–mdc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*\*RESCHEDULED\*
Motion for Relief from Stay re: 1567 Yeakel Way, Lansdale, PA 19446. Filed by MidFirst Bank Represented by THOMAS I. PULEO

on: 9/7/17

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  8/23/17

Timothy B. McGrath
Clerk of Court