United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 16-10455-mdc
Alyssa Mack                                                                 Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Eileen    Page 1 of 1    Date Rcvd: Aug 23, 2017
                     Form ID: 167    Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2017.
```
db            +Alyssa Mack,    1567 Yeakel Way,    Lansdale, PA 19446-4814
13681857       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13688192      +Mason,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
13694298      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13676893      +MidFirst Bank,    c/o Andrew F. Gornall, Esq.,    KML Law Group P.C.,    701 Market St., Ste. 5000,
                Phila., PA 19106-1541
13665888      +Midland Mortgage Company/Mid First Bank,    Attention: Bankruptcy,    Po Box 26648,
                Oklahoma City, OK 73126-0648
13688191      +Montgomery Ward,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
13688190      +Seventh Avenue,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
13688193      +Stoneberry,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13743074      +E-mail/Text: bncmail@w-legal.com Aug 24 2017 01:32:11     Comenity Capital Bank,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,     SEATTLE, WA 98121-3132
13721380      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 24 2017 01:32:07     MIDLAND FUNDING LLC,
                PO BOX 2011,    WARREN, MI 48090-2011
13665887      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 24 2017 01:32:07     Midland Funding,
                2365 Northside Dr,    Suite 300,    San Diego, CA 92108-2709
13726272       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 24 2017 01:38:51
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13714794      +Fax: 866-311-5818 Aug 24 2017 01:37:15      Systems & Services Technologies, Inc. (SST),
                4315 Pickett Road,    St. Joseph, MO 64503-1600
                                                                                              TOTAL: 5
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2017 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    MidFirst Bank agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MARK A. BERENATO    on behalf of Debtor Alyssa  Mack mark@berenatolawfirm.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    MidFirst Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Alyssa Mack
    Debtor(s)

Case No: 16−10455−mdc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*\*RESCHEDULED\*
Motion for Relief from Stay re: 1567 Yeakel Way, Lansdale, PA 19446. Filed by MidFirst Bank Represented by THOMAS I. PULEO

on: 9/7/17

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  8/23/17

Timothy B. McGrath
Clerk of Court