IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    Chapter 13

Alyssa Mack,
                                                          Case No.   16-10455-mdc
                Debtor.

### Notice of Hearing on Debtor's Motion to Modify Chapter 13 Plan

TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Alyssa Mack (the "Debtor"), has filed a Motion to Modify Chapter 13 Plan. The Motion is set for hearing on September 20, 2018 in Courtroom #2, 900 Market Street, Philadelphia, PA   19107 at 11 AM.  Any response to the Motion must be filed with the Clerk of Bankruptcy Court and served upon counsel for the Debtor prior to the hearing.  Failure to timely and file and serve a response to the Motion may be deemed by the Court to be consent to the Motion.  Any party in interest who has not received a copy of the Motion and desires to receive a copy of the Motion should contact Debtor's Counsel below.

*/s/ Mark A. Berenato*

Mark A. Berenato
Attorney for Debtor
P.O. Box 167
Mendenhall, PA   19357
(610) 836-1874 (mobile)
mark@berenatolawfirm.com (email)