IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  
Alyssa Mack,  
        Debtor.

Chapter 13

Case No.  16-10455-mdc

CERTIFICATE OF SERVICE

On behalf of the Debtor, I hereby certify that the foregoing Amended Chapter 13 Plan has been served upon the following parties in interest by regular mail and/or electronic delivery on August 13, 2018.

*/s/ Mark A. Berenato*  
Mark A. Berenato  
Attorney at Law  
P.O. Box 167  
Mendenhall, PA   19357  
(610) 836-1874 (mobile)  
mark@berenatolawfirm.com (email)

cc:

William C. Miller, Trustee  
1234 Market Street, Suite 1813  
Philadelphia, PA   19107

Mark A. Berenato  
Attorney at Law  
P.O. Box 167  
Mendenhall, PA   19357

Office of the US Trustee  
833 Chestnut Street, Suite 500  
Philadelphia, PA   19107

Alyssa Mack  
1567 Yeakel Way  
Lansdale, PA   19446

Midland Funding  
2365 Northside Drive, Suite 300  
San Diego, CA  92100

Midland Mortgage Company  
P.O. Box 26648  
Oklahoma City, OK   73216

Joshua Goldman  
KML Law Group  
700 Market Street  
Philadelphia, PA   19107