IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Alyssa Mack,

    Debtor.

Chapter 13

Case No.  16-10455-mdc

ORDER

    AND NOW, this _____ of _____, 2018, upon consideration of Movant Alyssa Mack's Motion to Modify Chapter 13 Plan and any response thereto, it is hereby Ordered and Decreed that Movant's Motion is granted.

                                        Magdeline D. Coleman
                                        United States Bankruptcy Judge