IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                          Chapter 13

Alyssa Mack                                                Case No.   16-10455-mdc

        Debtor.

## PRAECIPE

1. On October 31, 2018 Debtor filed an Amended Chapter 13 Plan.

2. Debtor mistakenly failed to check "None" where indicated on section 7(d) Loan Modification.

3. By way of this Praecipe, Debtor is correcting the afore-mentioned mistake without submitting another Amended Plan, and setting forth that section 7(d) Loan Modification is checked "None."

Date:   11/12/18

_____
Mark A. Berenato
Attorney for Debtor
P.O. Box 167
Mendenhall, PA   19357
(610) 836-1874 (mobile)
mark@berenatolawfirm.com (email)