IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Alyssa Mack,

        Debtor.

Chapter 13

Case No.  16-10455-mdc

CERTIFICATE OF SERVICE

On behalf of the Debtor, I hereby certify that the foregoing Praecipe has been served upon the following parties in interest by regular mail and/or electronic delivery on November 12, 2018.

        Mark A. Berenato
        Attorney at Law
        P.O. Box 167
        Mendenhall, PA    19357
        (610) 836-1874 (mobile)
        mark@berenatolawfirm.com (email)

cc:

William C. Miller, Trustee
1234 Market Street, Suite 1813
Philadelphia, PA    19107

Mark A. Berenato
Attorney at Law
P.O. Box 167
Mendenhall, PA    19357

Office of the US Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA    19107

Alyssa Mack
1567 Yeakel Way
Lansdale, PA    19446

Midland Funding
2365 Northside Drive, Suite 300
San Diego, CA  92100

Midland Mortgage Company
P.O. Box 26648
Oklahoma City, OK    73216

Joshua Goldman
KML Law Group
700 Market Street
Philadelphia, PA    19107