IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Alyssa Mack,

Debtor.

Chapter 13

Case No. 16-10455-mdc

ORDER

AND NOW, this __4th__ of __December__, 2018, upon consideration of Movant Alyssa Mack's Motion to Modify Chapter 13 Plan, and Amended Chapter 13 Plan filed October 31, 2018, it is hereby Ordered and Decreed that Movant's Motion is granted pursuant to the terms set forth in Movant's Amended Chapter 13 Plan filed on October 31, 2018.

_Magdeline D. Coleman_
Magdeline D. Coleman
United States Bankruptcy Judge