United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-10455-mdc
Alyssa Mack                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2       User: Randi           Page 1 of 1           Date Rcvd: Dec 06, 2018
                           Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2018.
db         +Alyssa Mack,    1567 Yeakel Way,    Lansdale, PA 19446-4814

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2018 at the address(es) listed below:
     ANDREW F GORNALL    on behalf of Creditor    MidFirst Bank agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
     JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
     MARK A. BERENATO    on behalf of Debtor Alyssa  Mack mark@berenatolawfirm.com
     MATTEO SAMUEL WEINER    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
     THOMAS I. PULEO    on behalf of Creditor    MidFirst Bank tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Alyssa Mack,

Debtor.

Chapter 13

Case No.   16-10455-mdc

ORDER

AND NOW, this __4th__ of __December__, 2018, upon consideration of Movant Alyssa Mack's Motion to Modify Chapter 13 Plan, and Amended Chapter 13 Plan filed October 31, 2018, it is hereby Ordered and Decreed that Movant's Motion is granted pursuant to the terms set forth in Movant's Amended Chapter 13 Plan filed on October 31, 2018.

_Magdeline D. Coleman_
Magdeline D. Coleman
United States Bankruptcy Judge