Certificate Number: 14751-PAE-DE-035028327

Bankruptcy Case Number: 16-10455



14751-PAE-DE-035028327

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 27, 2020</u>, at <u>8:57</u> o'clock <u>PM PDT</u>, <u>ALYSSA G MACK</u> completed a course on personal financial management given <u>by internet</u> by <u>$0$ BK Class Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>October 27, 2020</u>           By:   <u>/s/AMEY AIONO</u>

                                       Name:  <u>AMEY AIONO</u>

                                       Title:  <u>Certified Credit Counselor</u>