United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                 Case No. 16-10455-mdc

Alyssa Mack                                                     Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 23, 2021 | Form ID: 138OBJ | Total Noticed: 18 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alyssa Mack, 1567 Yeakel Way, Lansdale, PA 19446-4814 |
| 13676893 | + | MidFirst Bank, c/o Andrew F. Gornall, Esq., KML Law Group P.C., 701 Market St., Ste. 5000, Phila., PA 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Aug 23 2021 23:36:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 23 2021 23:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 23 2021 23:36:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13681857 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 23 2021 23:39:27 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13743074 + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 23 2021 23:36:00 | Comenity Capital Bank, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13721380 + | Email/Text: bankruptcydpt@mcmcg.com | Aug 23 2021 23:36:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 13688192 + | Email/Text: bankruptcy@sccompanies.com | Aug 23 2021 23:36:00 | Mason, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 13694298 + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Aug 23 2021 23:39:27 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 13665887 + | Email/Text: bankruptcydpt@mcmcg.com | Aug 23 2021 23:36:00 | Midland Funding, 2365 Northside Dr, Suite 300, San Diego, CA 92108-2709 |
| 13665888 + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Aug 23 2021 23:39:29 | Midland Mortgage Company/Mid First Bank, Attention: Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 13688191 + | Email/Text: bankruptcy@sccompanies.com | Aug 23 2021 23:36:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 13726272 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 23 2021 23:39:24 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14265277 + | Email/Text: bncmail@w-legal.com | Aug 23 2021 23:36:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13688190 + | Email/Text: bankruptcy@sccompanies.com | Aug 23 2021 23:36:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |

District/off: 0313-2                          User: admin                                    Page 2 of 2

Date Rcvd: Aug 23, 2021                      Form ID: 138OBJ                              Total Noticed: 18

| 13688193 | + Email/Text: bankruptcy@sccompanies.com | | |
|---|---|---|---|
| | | Aug 23 2021 23:36:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 13714794 | + Email/Text: bankruptcysst@alorica.com | | |
| | | Aug 23 2021 23:36:00 | Systems & Services Technologies, Inc. (SST), 4315 Pickett Road, St. Joseph, MO 64503-1600 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2021                              Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW F GORNALL | on behalf of Creditor MidFirst Bank agornall@kmllawgroup.com  bkgroup@kmllawgroup.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor MidFirst Bank Josh.Goldman@padgettlawgroup.com  angelica.reyes@padgettlawgroup.com |
| MARK A. BERENATO | on behalf of Debtor Alyssa Mack mark@berenatolawfirm.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com |
| THOMAS I. PULEO | on behalf of Creditor MidFirst Bank tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Alyssa Mack

     Debtor(s)             Case No: 16−10455−mdc

                        Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:


The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 8/23/21